UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN LUKE RANDOLPH,

      Plaintiff,

      v.

THE DISCIPLINARY BOARD OF
THE SUPREME COURT OF
PENNSYLVANIA, et al.,

      Defendants.

CIVIL ACTION NO. 3:26-cv-00215

(SAPORITO, J.)

## ORDER

Now before the court is a report and recommendation of Chief United States Magistrate Judge Daryl F. Bloom, in which he recommends that the plaintiff's pro se complaint for declaratory and injunctive relief be dismissed, but with leave to file an amended complaint. Doc. 8.

Judge Bloom recommends that the plaintiff's federal civil rights complaint be dismissed for failure to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). He further recommends, however, that the plaintiff be granted an opportunity to cure any defects by filing an amended complaint following dismissal of his original complaint.

No objections have been filed to the report and recommendation,

resulting in forfeiture of de novo review by this court. *See Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007); *Henderson v. Carlson*, 812 F.2d 874, 878–79 (3d Cir. 1987).

Following an independent review of the report and the record, and having afforded "reasoned consideration" to the uncontested portions of the report, *E.E.O.C. v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017), we are satisfied "that there is no clear error on the face of the record," Fed. R. Civ. P. 72(b) advisory committee note to 1983 amendment. We find Judge Bloom's analysis to be well-reasoned and fully supported by the record and applicable law. Accordingly, the court will adopt the report and recommendation in its entirety as the decision of the court.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1.     The report and recommendation of Judge Bloom (Doc. 8) is **ADOPTED**;

2.     For the reasons articulated in Judge Bloom's report and recommendation, the plaintiff's pro se complaint (Doc. 1) is **DISMISSED** for failure to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

3.     The plaintiff is granted leave to file an amended complaint

**within twenty-one (21) days** after entry of this order; and

4.　　In the absence of a timely filed amended complaint, the clerk shall mark this case as **CLOSED**.

Dated: June 1, 2026　　　　　　　　*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge